UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LUIS BONILLA OLIVER,                    :
                           Plaintiff,   :
                                        :
                -v-                     :
                                        :
UNITED STATES OF AMERICA,               :
                           Defendant.   :
                                        :
----------------------------------------X

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____         │
│ DATE FILED: 10/11/07         │
└─────────────────────────────┘
```

07 Civ. 5921 (DLC)

ORDER

DENISE COTE, District Judge:

Through an application received on September 14, 2007 by this Court's Pro Se Office, petitioner Luis Bonilla Oliver requests leave to take discovery and the appointment of counsel. It is hereby

ORDERED that the request for appointment of counsel is denied.

IT IS FURTHER ORDERED that the request for discovery is denied. The Government responded to the petition on September 28. As provided in the Order of June 28, petitioner has thirty days to respond. To the extent petitioner believes that he needs discovery to respond adequately, he may describe in his response precisely what additional information he needs and why it is important to have the information to respond to the Government's submission.

IT IS FURTHER ORDERED that the petitioner include an affirmation of service or other proof of service with every future submission to the Court.  Failure to do so will result in the submission being returned without review.

IT IS FURTHER ORDERED that the Clerk of Court shall return the September 14 submission to petitioner for failure to include an affidavit of service.

SO ORDERED:

Dated:    New York, New York
          October 11, 2007

_____
DENISE COTE
United States District Judge

**COPIES SENT TO:**

Luis Bonilla Oliver
16801-053
FPC Duluth
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Katherine Goldstein
Assistant U.S. Attorney
U.S. Attorney's Office
1 St. Andrew's Plaza
New York, NY 10007